1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT

8 NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

9

| | |
|---|---|
| 10 U.A. LOCAL 342 JOINT LABOR-<br>MANAGEMENT COMMITTEE; et al., | CASE NO.: C-06-05161 MJJ |
| 11 Plaintiffs, | **STIPULATION FOR ENTRY OF JUDGMENT & [Proposed] ORDER THEREON** |
| 12 v. | |
| 13 R.W. REFRIGERATION, INC., a California<br>Corporation; and, MARTHA EVELYN<br>WILLIAMS, an individual and alter-ego of<br>R.W. Refrigeration, Inc., | Date:<br>Time:<br>Judge: Hon. Martin J. Jenkins<br>Courtroom:     11<br>Location:  19th Floor,<br>                    450 Golden Gate Ave.<br>                    San Francisco, CA 94102 |
| 16 Defendants. | Complaint Filed:     08/23/06<br>Trial Date:            None set. |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Case No. C-06-05161 MJJ
**STIPULATION FOR ENTRY OF JUDGMENT &**
**[PROPOSED] ORDER THEREON**

1

IT IS HEREBY STIPULATED by and between Plaintiffs U.A. LOCAL 342 JOINT

2

LABOR-MANAGEMENT COMMITTEE; NORTHERN CALIFORNIA PIPE TRADES

3

PENSION TRUST; NORTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE

4

TRUST; LOCAL UNION 342, PLUMBERS 7 STEAMFITTERS, UNITED ASSOCIATION OF

5

JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY

6

OF THE UNITED STATES AND CANADA (AFL-CIO); U.A. LOCAL 342 APPRENTICESHIP

7

& TRAINING TRUST FUND and JAMES WILLIAMS, as Trustee of the above-TRUSTS,

8

(hereinafter collectively referred to as the "Plaintiffs", "Trusts" or "Funds") and the Defendants

9

R.W. REFRIGERATION, INC., a California Corporation; and, MARTHA EVELYN

10

WILLIAMS, an individual and alter-ego of R.W. Refrigeration, Inc., that judgment in the above-

11

entitled cause be entered in favor of Plaintiffs against Defendants R.W. Refrigeration, Inc. and

12

Martha Williams, joint and several in the amount of $43,364.08, less sums paid pursuant to the

13

Stipulation for Contingent Order of Dismissal entered herein.

14

IT IS SO STIPULATED.

15

16

17

Respectfully Submitted,

18

Dated: 3/19/2007

NEYHART, ANDERSON, FLYNN & GROSBOLL

19

20

By: _____
         SCOTT M. DeNARDO

21

Attorney for Plaintiffs

22

23

Dated: 3-16-07

ACUNA & CASAS, P.C.

24

25

By: _____
        FRANK R. ACUNA

26

Attorneys for Defendants R.W. Refrigeration &
Martha Williams

27

28

Case No. C-06-05161 MJJ
**STIPULATION FOR ENTRY OF JUDGMENT &**
**[PROPOSED] ORDER THEREON**

1  [PROPOSED] ORDER:

2       IT IS HEREBY ORDERED that Judgment be entered in the above-entitled cause in favor

3  of Plaintiffs against Defendants R.W. Refrigeration, Inc.., a California Corporation and Martha E.

4  Williams, joint and several in the sum of $43,364.08.

5  IT IS SO ORDERED.

6

7  Dated:    03/27/07

8                                     U.S. District Court Judge

9

10

11  Judge Martin J. Jenkins

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                3