# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>R.W. REFRIGERATION, INC., a California Corporation; and, MARTHA EVELYN WILLIAMS, an individual and alter-ego of R.W. Refrigeration, Inc.,<br><br>Defendants. | CASE NO.:  C-06-05161 MJJ<br><br>**STIPULATION FOR ORDER VACATING ORDER FOR ENTRY OF JUDGMENT & [Proposed] ORDER**<br><br>Judge: Hon. Martin J. Jenkins<br><br>Complaint Filed:    08/23/06<br>Trial Date:              None set. |

The parties hereto stipulate as follows:

1. On March 27, 2007, the Court signed an Order Entering Judgment against Defendants in the amount of $43,364.08. This signature was in made in error.

2. In the Stipulation for Contingent Order of Dismissal, the Parties stipulated that if settlement payments were not made in a timely fashion or if the Settlement Agreement was otherwise breached, the Plaintiffs were permitted to file the Stipulation for Entry of Judgment (which was Exhibit A to the Settlement Agreement), and the Court would then Order the Entry of Judgment. The Court had prematurely signed the Order Entering Judgment against the Defendants because the Plaintiffs have not filed the Stipulation for Entry of Judgment, Defendants' payments are being timely made, and Plaintiffs are unaware of any other breaches of the Settlement Agreement at this time.

3. The parties respectfully request that the Court issue a new order vacating its Order for Entry of Judgment and order that the Entry of Judgment become effective only in the event that at any time prior to the December 31, 2009, the consideration has not been paid or other terms and conditions of the Settlement Agreement have not been complied with.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: 6/6/07

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
SCOTT M. DeNARDO
Attorney for Plaintiffs

1  Dated: 6/22/07        ACUNA & CASAS, P.C.

          By: /s/ Frank R. Acuna
              FRANK R. ACUNA
              Attorneys for Defendants R.W. Refrigeration &
              Martha Williams

1  [PROPOSED] ORDER:

2      IT IS HEREBY ORDERED that the prior Order for Entry of Judgment, dated March 27,
3  2007 be vacated; however, the Order for Entry of Judgment will be reordered if any party shall
4  certify to this Court on or before December 31, 2009 that the agreed consideration for the
5  settlement has not been delivered.
6  IT IS SO ORDERED.

8  Dated:  6/29/2007          _____/s/ Martin J. Jenkins_____
                              U.S. District Court Judge